# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GERYVILLE MATERIALS, INC. | : No. 505 MAL 2014 |
| v. | : |
| BOARD OF SUPERVISORS OF LOWER MILFORD TOWNSHIP | : Petition for Allowance of Appeal from the : Order of the Commonwealth Court |
| DON WEINBERGER, PAUL SHALLAWAY AND LORI SICKENBERGER,     Intervenors | : |
| PETITION OF: GERYVILLE MATERIALS, INC. | : |

| | |
|---|---|
| GERYVILLE MATERIALS, INC. | : No. 546 MAL 2014 |
| v. | : |
| BOARD OF SUPERVISORS OF LOWER MILFORD TOWNSHIP | : Cross Petition for Allowance of Appeal : from the Order of the Commonwealth : Court |
| DON WEINBERGER, PAUL SHALLAWAY AND LORI SICKENBERGER,     Intervenors | : |
| CROSS PETITION OF: BOARD OF SUPERVISORS OF LOWER MILFORD TOWNSHIP | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2014, the Petitions for Allowance of Appeal are **DENIED**.